[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 13-15342
Non-Argument Calendar

_____

D.C. Docket No. 5:13-cr-00028-ACC-TBS-2

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

RODRIGO CANTU MORALES,
a.k.a. Rigo,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(June 23, 2014)

Before CARNES, Chief Judge, HULL and MARCUS, Circuit Judges.

PER CURIAM:

H. Kyle Fletcher, appointed counsel for Rodrigo Cantu Morales in this direct

criminal appeal, has moved to withdraw from further representation of the

appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct.

1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Morales's conviction and sentence are **AFFIRMED**.